OPROB 12A
(Rev. 2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Michael Trotter</u>   Case Number: <u>3:12-00065</u>

Name of Sentencing Judicial Officer: <u>Honorable William J. Haynes Jr., U.S. District Judge</u>

<u>Jurisdiction Transferred in April 2012 from Honorable R. Allan Edgar, Chief U.S. District Judge, Eastern District of Tennessee</u>

Date of Original Sentence: <u>October 18, 1999</u>

Original Offense: <u>18 U.S.C. § 846 Conspiracy to Distribute Cocaine Base</u>

Original Sentence: <u>151 months' custody followed by 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>April 23, 2008</u>

Assistant U.S. Attorney: <u>Jimmie Lynn Ramsaur</u>   Defense Attorney: <u>not assigned</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended* 
☐ The Issuance of a Warrant
   ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

Considered this __11th__ day of __July__, 2012, and made a part of the records in the above case.

_____
William J. Haynes, Jr.
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kara Sanders
U.S. Probation Officer

Place   Nashville, Tennessee

Date    July 10, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **Shall not commit another federal, state or local crime:**

On February 26, 2012, Mr. Trotter was arrested and charged with Domestic Assault against his girlfriend, Chaka James, in Murfreesboro, TN. The police report indicates that Mr. Trotter was arguing with his girlfriend and she called the police to report she had been assaulted by Mr. Trotter. When the police arrived they identified red marks on Ms. James face and arms. Mr. Trotter was arrested for domestic assault. Mr. Trotter was released on bond. He reported the arrest to his probation officer in a timely manner.

On March 1, 2012, Mr. Trotter reported to the probation officer that he moved out of Ms. James' home and was residing with a friend in Nashville, TN. A drug test conducted on this date was negative for illegal substances.

Mr. Trotter has a plea hearing court date on July 25, 2012, in Murfreesboro, TN. He has been offered misdemeanor probation.

## Compliance with Supervision Conditions and Prior Interventions:

Mr. Trotter began his five year term of supervised release on April 23, 2008. In June 2009, a report to the court was sent to the Eastern District of Tennessee, regarding a domestic arrest involving Chaka James. No action was taken by the Court.

In October 2009, an additional report was submitted to the Eastern District of Tennessee, reporting that Mr. Trotter had been arrested for possession for illegal narcotics and testing positive for cocaine. Again, the Court took no action and Mr. Trotter began substance abuse treatment. He completed the treatment successfully in August 2010. Drug tests from October 2009 to July 2012 have been negative.

In 2009, Mr. Trotter sought mental health treatment with the Guidance Center to address depression. He attended therapy sessions sporadically but did report taking his mental health medication as directed. In April 2012, he reconnected with the Guidance Center and reports he is also working on his anger management issues.

Mr. Trotter has complied with all other conditions of supervision since his release.

## U.S. Probation Officer Recommendation:

It is respectfully requested that no action be taken at this time and Mr. Trotter be allowed to continue on supervision to have his case adjudicated in the local court and to benefit from ongoing mental health treatment. However, this violation may be considered again if Mr. Trotter is convicted of this offense. Any further violations or positive drug test will be promptly reported to the Court.

The U.S. Attorney's Office concurs with the probation officer's recommendation.


Approved:

_____
Britton Shelton
Supervisory U.S. Probation Officer